# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHAWN TALBOT RICE,<br><br>        Plaintiff(s),<br><br>v.<br><br>LOUIS ERIC JOHNSON, DANIEL BODGEN, AND JOHN GREGORY DAMM,<br><br>        Defendant(s). | 2:21-cv-02112-APG-VCF<br><br>**ORDER** |

      Before the court is *Shawn Talbot Rice v. Louis Eric Johnson, et al.*, case number 2:21-cv-02112-APG-VCF.

      A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      Accordingly,

      IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before May 4, 2022.

      DATED this 20th day of April 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1