# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHAWN TALBOT RICE,<br><br>            Plaintiff(s),<br><br>v.<br><br>LOUIS ERIC JOHNSON, et al.,<br><br>            Defendant(s). | 2:21-cv-02112-APG-VCF<br><br>**ORDER** |

Before me is defendants' proposed discovery plan and scheduling order (ECF NO. 29).

Accordingly,

I ORDER that an in-person hearing on defendants' proposed discovery plan and scheduling order (ECF NO. 29) is scheduled for 10:00 AM, July 7, 2022, in Courtroom 3D.

Plaintiff Shawn Talbot must attend the hearing.

DATED this 4th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE