**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHAWN TALBOT,

        Plaintiff(s),

v.

LOUIS ERIC JOHNSON, et al.,

        Defendant(s).

2:21-cv-02112-APG-VCF

**ORDER**

Before me is the motion to compel (ECF NO. 24).

Accordingly,

I ORDER that an in-person hearing on the motion to compel (ECF NO. 24), is scheduled for 10:00 AM, July 7, 2022, in Courtroom 3D, Third Floor, United States District Court- Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, NV 89101

Plaintiff Shawn Talbot must attend the hearing.

DATED this 17th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE