**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHAWN TALBOT,

        Plaintiff(s),

v.

LOUIS ERIC JOHNSON, *et al.*,

        Defendant(s).

2:21-cv-02112-APG-VCF

**ORDER  REGARDING IN PERSON HEARING SCHEDULED FOR JULY 7, 2022**

    On April 20, 2022, I ordered the parties to file a proposed discovery plan and scheduling order by May 4, 2022.  (ECF No. 23).

    On May 4, 2022, defendants filed a separate proposed discovery plan and scheduling order. (ECF No. 29).  Defendants reported plaintiff did not contact defendants to confer regarding discovery. *Id.* footnote 1.  Defendants also stated that they were unable to contact plaintiff because plaintiff has not provided an email address or telephone number. *Id.*

    Plaintiff filed a second motion to compel discovery (ECF No. 24), in apparent violation of this court's local rules and the Federal Rules of Civil Procedure.  Plaintiff filed a similar motion (ECF No. 11) on December 27, 2021, before any parties had appeared in the case.  I denied that motion, explaining plaintiff's obligations under applicable court rules.  (ECF No. 15).

    Plaintiff filed a motion to the court regarding electronic attendance of hearing scheduled for July 7, 2022 (ECF No. 32), which I will address in this order.  On May 17, 2022, I ordered that the July 7, 2022, hearing will also address the pending motion to compel, and again I ordered Mr. Talbot to appear in person.  (ECF No. 31).

    Finally, plaintiff recently filed a motion for entry of clerk's default (ECF No. 33), despite the fact that all defendants filed a motion to dismiss plaintiff's complaint on February 18, 2022.  (ECF No 17).

On this record, I conclude that Mr. Talbot's presence is required in court on July 7, 2022. I must take appropriate steps to make sure that this case proceeds properly in accordance with rules governing pretrial procedure. Plaintiff bases his request to appear by electronic means on the fact that he lives 279 miles from the courthouse, which is a 9 hour drive, roundtrip. Mr. Talbot chose to commence his action in this court. Given his repeated failures to comply the rules governing litigation procedure, I am convinced that I must address him face to face, in court, to impress upon him the importance of complying with court rules, the consequences of repeated failures to comply, and to answer appropriate questions he may have in this regard.

Accordingly,

I OREDER that plaintiff's motion for electronic attendance (ECF No. 32) is DENIED.

I FURTHER ORDER that plaintiff's motion for entry of default (ECF No. 33) is also set for an in-person hearing on July 7, 2022, at 10:00 AM in Courtroom 3D, Third Floor, United States District Court- Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, NV 89101.

DATED this 16th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE