**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHAWN TALBOT RICE,

    Plaintiff(s),

v.

LOUIS ERIC JOHNSON, DANIEL BOGDEN AND JOHN GREGORY DAMM,

    Defendant(s).

2:21-cv-02112-APG-VCF

**ORDER**

    Before me are Plaintiff's motion to compel (ECF No. 24), Defendants' proposed discovery plan and scheduling order (ECF No. 29), and Plaintiff's motion for entry of clerk's default (ECF NO. 33).

    On May 4, 2022 and May 17, 2022, I scheduled an in-person hearing for July 7, 2022, on Plaintiff's motion to compel (ECF No. 24) and Defendants' proposed discovery plan and scheduling order (ECF No. 29). (ECF Nos. 30, 31).

    On June 16, 2022, I added Plaintiff's motion for entry of clerk's default (ECF NO. 33) to the scheduled hearing for July 7, 2022. (ECF No. 34). I also denied Mr. Rice's request to attend the July 7, 2022 hearing remotely. (ECF No. 32).

    Mr. Rice appealed that portion of my order (ECF NO. 34) regarding him to appear in-person at the scheduled July 7, 2022 hearing. (ECF No. 36). On August 18, 2022, the Ninth Circuit dismissed the appeal for lack of jurisdiction. (ECF No. 41).

    Accordingly,

    I ORDER that an in-person hearing on Plaintiff's motion to compel (ECF No. 24), Defendants' proposed discovery plan and scheduling order (ECF No. 29), and Plaintiff's motion for entry of clerk's default (ECF NO. 33), is scheduled for 10:00 AM, October 18, 2022, in Courtroom 3D, Third Floor,

United States District Court- Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, NV 89101.

    I FURTHER ORDER that SHAWN TALBOT RICE must appear in-person at the scheduled hearing on October 18, 2022 at 10:00 AM.

DATED this 29th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE