**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SHAWN TALBOT,

        Plaintiff(s),

v.

LOUIS ERIC JOHNSON, DANIEL BOGDEN AND JOHN GREGORY DAMM,

        Defendant(s).

2:21-cv-2112-APG-VCF

**ORDER**

Before the Court is *Shawn Talbot v. Louis Eric Johnson, et al.*, case number 2:21-cv-2112-APG-VCF. Judgment has been entered, and this case is closed (ECF NO. 43).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing scheduled for 10:00 AM, October 18, 2022, is VACATED.

DATED this 19th day of September 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1