# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN TALBOT, | Case No.: 2:21-cv-02112-APG-VCF |
| Plaintiff | **Order Striking Order on Mandate** |
| v. | |
| LOUIS ERIC JOHNSON, DANIEL BOGDENS, and JOHN GREGORY DAMM, | |
| Defendants | |

In light of the Ninth Circuit's order recalling the mandate as issued in error (ECF No. 52),

I ORDER that the order on mandate **(ECF No. 49) is STRICKEN**.

DATED this 14th day of November, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE